# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 28, 2007

Clifford W. Taylor,
Chief Justice

132820

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

                                           SC: 132820
                                           COA: 262417
                                           Dickinson CC: 04-003271-FH

JOHN ALLEN ROUSE,
      Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the November 2, 2006 judgment of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REVERSE the judgment of the Court of Appeals, for the reasons stated in the Court of Appeals dissenting opinion, and we REINSTATE the defendant's convictions.

      KELLY, J., would deny leave to appeal.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 28, 2007

s0321                                         Clerk